UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDITH A. ADIRZONE,<br><br>                     *Plaintiff,*<br><br>      - v. -<br><br>THOMAS JEFFERSON UNIVERSITY;<br>and JEFFERSON HEALTH AND<br>WELFARE PLAN,<br><br>                    *Defendants.* | Case No.: 1:24-cv-04086-CPO-SAK<br><br>**ORDER** |

      THIS MATTER having been brought before the court by way of a letter motion by counsel for JUDITH A. ADIRZONE ("Plaintiff") with the consent of defendants THOMAS JEFFERSON UNIVERSITY and JEFFERSON HEALTH AND WELFARE PLAN ("Defendants") seeking an order modifying the filing deadlines for the parties' motions for summary judgment in the Court's Text Order (D.E. 30) of April 3, 2025, and good cause having been shown:

      On this __6th__ day of May, 2025, IT IS HEREBY ORDERED that Plaintiff's letter motion is GRANTED on consent. The Text Order (D.E. 30) of April 3, 2025, is hereby modified as follows:

      1.     Plaintiff shall file her motion for summary judgment on the administrative record on June 2, 2025;

      2.     Defendants shall file their cross-motion for summary judgment on the administrative record and oppose Plaintiff's summary judgment motion by June 23, 2025;

3.      Plaintiff shall file her opposition to Defendants' summary judgment motion/reply brief in further support of her summary judgment motion by July 14, 2025;

4.      Notwithstanding L. CIV. R. 7.1(d)(3), (h), with the Court's approval and consent of Plaintiff, Defendants' may file a reply brief in further support of their cross-motion for summary judgment.

5.      Defendants' reply shall be limited to fifteen (15) pages in accordance with the traditional rule, L. CIV. R. 7.2(b).

6.      The page limits of all other submissions of the parties in support of or in opposition to each other's motion are subject to the Federal Rules of Civil Procedure, the Local Civil Rules of the District of New Jersey, and the individual judicial preferences of the Honorable Christine P. O'Hearn, U.S.D.J.

7.      The remaining provisions of the April 3, 2025, Text Order (D.E. 30) not modified by this Order remain in effect.

IT IS SO ORDERED.

Dated: 5/6/25

Hon. Sharon A. King, U.S.M.J.